IDA COHEN, Suing on Behalf of Herself and Other Creditors of RUBIN AUERBACH and HENRY GOLDBERG, Doing Business under the Firm Name and Style of AUERBACH & GOLDBERG, Who May Be Similarly Situated and Who May Come in and Contribute to the Expenses of This Action, Appellant, *v.* ILLINOIS SURETY COMPANY, Respondent.

First Department, March 12, 1915.

See head note in *Sciaballa* v. *Illinois Surety Co.* (*ante*, p. 677).

APPEAL by the plaintiff, Ida Cohen, from a judgment of the Supreme Court in favor of the defendant, entered in the office

of the clerk of the county of New York on the 20th day of October, 1914, upon a decision of the court dismissing her complaint upon the merits, the facts having been stipulated and the matter submitted.

*Samuel Hoffman*, for the appellant.

*L. Laflin Kellogg*, for the respondent.

HOTCHKISS, J.:

The issues in this case are identical with those in *Sciaballa* v. *Illinois Surety Co.* (166 App. Div. 677), decided herewith, and the decision herein should follow the decision in that case.

INGRAHAM, P. J., and LAUGHLIN, J., concurred; McLAUGHLIN and DOWLING, JJ., dissented.

Judgment reversed, with costs, and judgment ordered for plaintiff as directed in opinion. Order to be settled on notice.